IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-cv-00155-GCM

| MAACO FRANCHISING, LLC, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | **ORDER** |
| JEFFREY R. BOENSCH, *et al*, | ) | |
| Defendants. | ) | |

THIS MATTER IS BEFORE THE COURT on the Motion for Admission *Pro Hac Vice* concerning **CHRISTINE MARINELLI** filed May 19, 2016 [Doc. #10].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the Motion.

In accordance with Local Rule 83.1, Ms. Marinelli is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Maaco Franchising, Inc..

**IT IS SO ORDERED.**

Signed: May 23, 2016

Graham C. Mullen
United States District Judge